**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. WILLIE GILLIAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 15-CV-00622-CVE-FHM |
| | ) |
| 1. JOCO ASSEMBLY, LLC, | ) |
| 2. STANDBY PERSONNEL, INC. | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff, Willie Gilliam, hereby dismisses with prejudice all claims alleged by him against Defendant, JOCO Assembly, LLC. Plaintiff and Defendant stipulate to this dismissal with prejudice, thereby concluding this matter entirely.[1] Each party to bear their own attorneys' fees and costs.

By:   s/ Daniel E. Smolen
Daniel E. Smolen, OBA #19943
Lauren G. Lambright, OBA #22300
SMOLEN, SMOLEN & ROYTMAN, PLLC
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
(918) 585-2667 (Telephone)
(918) 585-2669 (Fax)
danielsmolen@ssrok.com
laurenlambright@ssrok.com

ATTORNEYS FOR PLAINTIFF
WILLIE GILLIAM

---

[1] Claims alleged by Plaintiff against Defendant Stand-By Personnel, Inc. were previously dismissed without prejudice on January 8, 2016 (Doc. #19).

AND

s/ Stephen L. Andrew
Stephen L. Andrew, OBA # 294
Renee Williams, OBA #13061
ANDREW & WILLIAMS, P.C.
2120 East 15th Street,
Tulsa, Oklahoma 74104
(918) 583-1111 (Phone)
(918) 587-4414 (Fax)
Steve@awilaw.com
Renee@awilaw.com

ATTORNEYS FOR DEFENDANT,
JOCO ASSEMBLY, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2016, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Thomas D. Robertson
Stephen L. Andrew

/s Daniel E. Smolen
Daniel E. Smolen